533 F.Supp.2d 1347

SKF USA, INC, SKF FRANCE S.A., AND SARMA, Plaintiffs, v. UNITED STATES, Defendant, and TIMKEN U.S. CORPORATION, Defendant-Intervenor.

Court No.: 03–00490

### JUDGMENT IN CONFORMITY WITH MANDATE

WALLACH, Judge: The United States Court of Appeals for the Federal Circuit having issued a mandate on 13 November 2007, in *SKF USA, Inc. v. United States*, Appeal No. 07–1039, vacating this court's decision at Slip Op. 06–133 (September 1, 2006), it is hereby ORDERED ADJUDGED AND DECREED that the above entitled case be and hereby is DISMISSED as moot.